UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SCX HOLDINGS, LLC; THREE BROTHERS :
AND ASSOCIATES LLC; and JX HOLDINGS :
LLC, :     25-CV-00020 (JAV)
:
          Plaintiffs, :     ORDER
:
     -v- :
:
ERMIR GJOKA; FLORIAN GJOKA; ARION :
GJOKA; EMIRJETA S. TAIPI; THREE :
BROTHERS DESIGN INC.; and THREE :
STUDIO ARCHITECTURE AND :
ENGINEERING D.P.C, :
:
          Defendants. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    On January 9, 2025, Defendants filed motions to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. (ECF Nos. 6 and 8). Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

    Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **January 30, 2025**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiffs are on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

    If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file new motions to dismiss or indicate that they rely on their respective previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiffs shall file any opposition to the motions to dismiss by **January 30, 2025**. Defendants' replies, if any, shall be filed by **February 6, 2025**.

SO ORDERED.

Dated: January 10, 2025
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge