UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SCX HOLDINGS, LLC et al.,

                Plaintiffs,                              25-CV-00020 (JAV)

      -v-                                             ORDER

EMIR GJOKA et al.,

                Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On July 17, 2025, Plaintiff filed a Notice of Voluntary Dismissal against all Defendants. ECF No. 29.  On July 18, 2025, the Clerk's office deemed the voluntary dismissal deficient because Plaintiffs' counsel failed to: (1) select themselves as the filer, and (2) select all defendants against whom the dismissal was filed.  Plaintiffs' attorney has not yet remedied these deficiencies to voluntarily dismiss this case.  It is thus unclear whether Plaintiffs intend to proceed with this action in federal court.

      It is HEREBY ORDERED that the parties submit a joint letter regarding the status of this action by August 6, 2025.

      SO ORDERED.

Dated: July 31, 2025
      New York, New York

                                                      JEANNETTE A. VARGAS
                                                      United States District Judge